UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Draw Capital Partners, LLC, on behalf of itself
and all others similarly situated,
                         Plaintiff,

      -against-                               18 **CIVIL** 548 (LAP)

                                                  **JUDGMENT**

REPUBLIC OF ARGENTINA,
                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 2, 2018, Defendant's motion to dismiss the Complaint is granted and the complaint is dismissed with prejudice; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:** New York, New York
           November 2, 2018

                                                                RUBY J. KRAJICK
                                                                  Clerk of Court
                                             BY:
                                                                   Deputy Clerk